UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL PARKER, et al.,                )
                                    )
       Plaintiffs,                 )
                                    )
  v.                              )  Civil Action No. 17-2834 (PLF)
                                    )
UNITED STATES DEPARTMENT OF         )
AGRICULTURE,                        )
                                    )
       Defendant.                  )
_____ )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the government's motion to dismiss the complaint for failure to state a claim upon which relief can be granted [Dkt. No. 12] is GRANTED pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that the plaintiffs' re-petition for mandamus action to compel a formal hearing, the removal of a lien, or other review of the monitor's decision denying a formal hearing [Dkt. No. 13] is DENIED; it is

FURTHER ORDERED that plaintiffs' motion for discovery [Dkt. No. 20] is DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED. The Clerk of Court is directed to close this case.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: September 11, 2019